## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                         Chapter 13

                         Bankruptcy No. 18-11299-MDC

JEA KWAN LEE

1553 CLEARVIEW AVENUE

BLUE BELL, PA 19422

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JEA KWAN LEE

    1553 CLEARVIEW AVENUE

    BLUE BELL, PA 19422

Counsel for debtor(s), by electronic notice only.

    STANTON M LACKS ESQ
    3220 TILLMAN DRIVE
    SUITE 114
    BENSALEM, PA 19020

Date: 5/17/2018                       /S/ William C. Miller
                                                       _____
                                                       William C. Miller, Esquire
                                                       Chapter 13 Standing Trustee