IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jea Kwan Lee<br>                    Debtor(s) | CHAPTER 13 |
| The Bank Of New York Mellon Trust Company, N.A. as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2005-BC2<br>                    Movant<br>    vs. | NO. 18-11299 MDC<br><br>11 U.S.C. Sections 362 |
| Jea Kwan Lee<br>                    Debtor(s) | |
| William C. Miller Esq.<br>                    Trustee | |

## ORDER

AND NOW, this 2nd day of August, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1553 Clearview Avenue, Blue Bell, PA 19422 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any~~ legal action for enforcement of its right to possession of ~~the Property~~.

_____
United States Bankruptcy Judge.

Jea Kwan Lee
1553 Clearview Ave
Blue Bell, PA 19422

Stanton M. Lacks Esq.
3220 Tillman Drive, Suite 114
Bensalem, PA 19020

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532