United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jea Kwan Lee  
       Debtor

Case No. 18-11299-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Linda      Page 1 of 1      Date Rcvd: Aug 03, 2018  
                       Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2018.  
db          +Jea Kwan Lee,    1553 Clearview Ave,    Blue Bell, PA 19422-3610  
cr          +The Bank of New York Mellon Trust Company, N.A. as,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2018 at the address(es) listed below:  
         KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. as Successor-in-Interest to all Permitted Succesors and Assigns of JPMorgan Chase Bank, National Association, as Trustee for Specialty Underwriting and bkyefile@rasflaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon Trust   Company et al... bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. as Successor-in-Interest to all Permitted Succesors and Assigns of JPMorgan Chase Bank, National Association, as Trustee for Specialty Underwriting and bkgroup@kmllawgroup.com  
         STANTON M. LACKS    on behalf of Debtor Jea Kwan Lee blackslaw@comcast.net, lackssr67746@notify.bestcase.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                     TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jea Kwan Lee <br> Debtor(s) | CHAPTER 13 |
| The Bank Of New York Mellon Trust Company, N.A. as successor-in-interest to all permitted successors and assigns of JPMorgan Chase Bank, National Association, as Trustee for Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates, Series 2005-BC2 <br> Movant <br> vs. | NO. 18-11299 MDC <br><br> 11 U.S.C. Sections 362 |
| Jea Kwan Lee <br> Debtor(s) | |
| William C. Miller Esq. <br> Trustee | |

## ORDER

AND NOW, this 2nd day of August, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1553 Clearview Avenue, Blue Bell, PA 19422 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property~~ at ~~Sheriff's Sale (or purchaser's assignee)~~ may take any legal action for enforcement of its right to possession of ~~the Property~~.

_____
United States Bankruptcy Judge.

Jea Kwan Lee
1553 Clearview Ave
Blue Bell, PA 19422

Stanton M. Lacks Esq.
3220 Tillman Drive, Suite 114
Bensalem, PA 19020

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532