# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEA KWAN LEE | Chapter 13 |
| Debtor | Bankruptcy No. 18-11299-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___23rd___ day of _____August_____, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STANTON M LACKS ESQ
3220 TILLMAN DRIVE
SUITE 114
BENSALEM, PA 19020


Debtor:
JEA KWAN LEE

1553 CLEARVIEW AVENUE

BLUE BELL, PA 19422