```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-11299-mdc
Jea Kwan Lee                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Christina              Page 1 of 2                  Date Rcvd: Aug 23, 2018
                              Form ID: pdf900              Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
```
db            +Jea Kwan Lee,    1553 Clearview Ave,    Blue Bell, PA 19422-3610
cr            +The Bank of New York Mellon Trust Company, N.A. as,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
14063521       KML Law Group,    Suite 5000 BNY Mellon Indep Cte,    7001 Market Street,
                Philadelphia, PA 19106-1532
14063523       Montgomery County,    P.O. Box 311,    Norristown, PA 19404-0311
14063524      +Nationstar Mortgage LLC,    14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
14078241      +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14063526      +Santander Consumer Finance,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14103921      +THE BANK OF NEW YORK MELLON TRUST   COMPANY, N.A.,    Nationstar Mortgage LLC d/b/a Mr. Cooper,
                ATTN: Bankruptcy Dept,    PO Box 619096,    Dallas, TX 75261-9096
14074035      +Whitpain Township,    960 Wentz Road,    Blue Bell, PA 19422-1835
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Aug 24 2018 01:25:11      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 24 2018 01:25:07      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14063519       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 24 2018 01:28:09      Capital One,
                P.O. Box 71083,    Charlotte, NC 28272-1083
14063520      +E-mail/PDF: creditonebknotifications@resurgent.com Aug 24 2018 01:38:43      Credit One,
                P.O. Box  60500,    City of Industry, CA 91716-0500
14102006       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 24 2018 01:38:34
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14091217      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2018 01:25:00
                Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    Po Box 2036,
                Warren MI 48090-2036
14063522      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 24 2018 01:25:00      Midland Funding/HSBC,
                P.O. Box 2036,    Warren, MI 48090-2036
14074032       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 01:24:57      PA Department Of Revenue,
                Harrisburg, PA 17128-0946
14084168       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 24 2018 01:24:57
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
                                                                                              TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             THE BANK OF NEW YORK MELLON TRUST   COMPANY
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14074026*      Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
14074027*     +Credit One,    P.O. Box  60500,    City of Industry, CA 91716-0500
14074028*      KML Law Group,    Suite 5000 BNY Mellon Indep Cte,    7001 Market Street,
                Philadelphia, PA 19106-1532
14074029*     +Midland Funding/HSBC,    P.O. Box 2036,    Warren, MI 48090-2036
14074030*      Montgomery County,    P.O. Box 311,    Norristown, PA 19404-0311
14074031*     +Nationstar Mortgage LLC,    14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
14084169*      Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14074033*     +Philip Warholic,    P.O. Box 294,    Enola, PA 17025-0294
14074034*     +Santander Consumer Finance,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14063525      ##+Philip Warholic,    P.O. Box 294,    Enola, PA 17025-0294
                                                                                TOTALS: 1, * 11, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Christina              Page 2 of 2                   Date Rcvd: Aug 23, 2018
                              Form ID: pdf900              Total Noticed: 18
```

         ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2018 at the address(es) listed below:
              KEVIN M. BUTTERY    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. as
               Successor-in-Interest to all Permitted Succesors and Assigns of JPMorgan Chase Bank, National
               Association, as Trustee for Specialty Underwriting and bkyefile@rasflaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank Of New York Mellon Trust  Company et al...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A. as
               Successor-in-Interest to all Permitted Succesors and Assigns of JPMorgan Chase Bank, National
               Association, as Trustee for Specialty Underwriting and bkgroup@kmllawgroup.com
              STANTON M. LACKS    on behalf of Debtor Jea Kwan Lee blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JEA KWAN LEE                          Chapter 13

                 Debtor                Bankruptcy No. 18-11299-MDC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

     **AND NOW**, this ___23rd___ day of ___August___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STANTON M LACKS ESQ
3220 TILLMAN DRIVE
SUITE 114
BENSALEM, PA 19020


Debtor:
JEA KWAN LEE

1553 CLEARVIEW AVENUE

BLUE BELL, PA 19422